# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

**FILED**

NOV 20 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES OF AMERICA,

v.

Case No. 1:24-CR-00279-JLT-SKO

HARRY COOPER NEAL

*Defendant*

## APPEARANCE AND COMPLIANCE BOND

**Defendant's Agreement**

I, HARRY COOPER NEAL _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( ☑ ) to appear for court proceedings;
( ☑ ) if convicted, to surrender to serve a sentence that the court may impose; or
( ☑ ) to comply with all conditions set forth in any Order Setting Conditions of Release for me.

**Type of Bond**

( ☑ ) (1) This is a personal recognizance bond.

( ☐ ) (2) This is an unsecured bond of $ _____ , with net worth of: $ _____

( ☐ ) (3) This is a secured bond of $ _____ , secured by: ***See below

   ( ☐ ) (a) $ _____ , in cash deposited with the court.

   ( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

   _____

   _____

   If this bond is secured by real property, documents to protect the secured interest may be filed of record.

   ( ☐ ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

   _____

   _____

AO 98 (Rev. 12/11- EDCA [Fresno 11/13]) Appearance and Compliance Bond

## Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property/Net Worth.* I, the defendant – and each surety – declare under penalty of perjury that:
  (1) all owners of the property securing this appearance bond are included on the bond;
  (2) the property is not subject to claims, except as described above; and
  (3) I will not reduce my net worth, sell any property, allow further claims to be made against any property, or do anything to reduce the value while this Appearance and Compliance Bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance and Compliance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: 11/20/24

_____
Defendant's signature

_____        _____
Surety/property owner – printed name        Surety/property owner – signature and date

_____        _____
Surety/property owner – printed name        Surety/property owner – signature and date

_____        _____
Surety/property owner – printed name        Surety/property owner – signature and date

CLERK OF COURT

Date: 11/20/24

_____
Signature of Clerk or Deputy Clerk

Approved.
Date: 11/20/24

_____
Judge's signature

STANLEY A. BOONE, U. S. Magistrate Judge